**UNPUNLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1740**

RAYMOND A. JOHNSON,

             Plaintiff - Appellant,

        v.

KEITH HAWTHORNE HYUNDAI; MCKENNEY CADILLAC CHEVROLET INC.;
MCKENNEY HONDA,

             Defendants – Appellees,

        and

EEOC CHARLOTTE DISTRICT OFFICE; RUBEN DANIELS, JR.; MCKENNEY
HONDA R&S SALES INC.,

             Defendants.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad, Jr.,
District Judge.  (3:15-cv-00148-RJC-DSC)

Submitted:  December 15, 2016      Decided:  December 19, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond A. Johnson, Appellant Pro Se.  Helen Faith Hiser, Amy Yager
Jenkins,  MCANGUS, GOUDELOCK & COURIE, LLC, Mount Pleasant, South

Carolina; Michael L. Carpenter, GRAY, LAYTON, KERSH, SOLOMON, FURR & SMITH, PA, Gastonia, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond A. Johnson appeals the district court's orders dismissing his civil complaint, ordering him to pay monetary sanctions, and imposing a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Keith Hawthorne Hyundai, No. 3:15-cv-00148-RJC-DSC (W.D.N.C. Feb. 3, 2016 & June 27, 2016). We deny Johnson's motions to recuse opposing counsel and for sanctions, and we deny the Appellees' motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED